An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

GREGORY GARY GRANT,
Petitioner,
vs.
NEVADA DISABILITY ADVOCACY
AND LAW CENTER/LAS VEGAS,
Respondent.

No. 68250

**FILED**

OCT 0 5 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING PETITION

This pro se petition was docketed in this court on June 18, 2015, without payment of the requisite filing fee. On July 20, 2015, this court issued an order directing petitioner to submit an affidavit in support of his motion to proceed in forma pauperis within 30 days or the petition would be dismissed. To date, petitioner has not paid the filing fee or otherwise responded to this court's order. Accordingly, cause appearing, the motion is denied and this petition is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: Tracie K Lindeman

cc: Gregory Gary Grant

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

15-30137